UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RUPERT PENA CASIANO (#200379)**  CIVIL ACTION

**VERSUS**

**JEFF LANDRY**  NO. 21-00632-BAJ-SDJ

<u>**RULING AND ORDER**</u>

Before the Court is Petitioner's **Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 8)**. On October 26, 2021, Petitioner filed his initial application for federal habeas corpus relief, but it was deficient in several aspects. (Doc. 1). On September 1, 2022, the Court sent a notice to Petitioner advising him of certain deficiencies in his petition, and the deadline within which to remedy the deficiencies. (Doc. 2). On January 23, 2023, Petitioner filed the Amended Petition. (Doc. 8).

The Magistrate Judge has now issued a **Report and Recommendation (Doc. 15, "the Report")**, recommending that Petitioner's amended application for habeas corpus relief be dismissed without prejudice because he failed to correct the deficiencies in his application and because he has not exhausted his available state remedies. (*See* Doc. 15 at pp. 1–2). The Report further recommends that Petitioner's pending Motion to Stay Pending Appeal (Doc. 11) and Motion to Appoint Counsel (Doc. 13) be denied. Since the issuance of the Report, Petitioner has filed several pleadings, none of which raise meritorious objections to the Magistrate Judge's recommendations. (Docs. 16–21).

1

Upon de novo review, and having carefully considered the Amended Petition and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 8)** be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to remedy deficiencies and failure to exhaust state remedies.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's application for habeas corpus relief or the correctness of the Court's procedural rulings.

**IT IS FURTHER ORDERED** that Petitioner's pending Motions (Docs. 11, 13, 17, and 19) be and are hereby **DENIED.**

Judgment shall be issued separately.

Baton Rouge, Louisiana, this 30th day of August, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA